**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:  CASE NO.: 8:15-bk-06908-CPM
  Chapter 11
JOSEPH O. ASTORGA

    Debtors.
_____/

**BRANCH BANKING & TRUST COMPANY'S MOTION FOR**
**RELIEF FROM THE AUTOMATIC STAY**
**(Property located at 2104 E Flora Street Tampa, FL 33610)**

COMES NOW, BRANCH BANKING & TRUST COMPANY (hereinafter referred to as "BB&T"), by and through its undersigned counsel, hereby moves the Court pursuant to Federal Rules of Bankruptcy Procedure 4001-1(C) and 9014 to lift the automatic stay imposed by 11 U.S.C. Section 362(a) for cause under 11 U.S.C. Section 362(d), and in support of its motion states:

1. The Debtor filed for relief under Chapter 11 of the Bankruptcy Code on July 1, 2015.

2. The Court has jurisdiction of this matter pursuant to 28 U.S.C. Section 157(b)(2)(A), (b)(2)(G) and 1334.

3. BB&T is a secured creditor of the Debtor by virtue of a Note dated October 1, 2008, in the original principal sum of $102,000.00 (the "Note").

4. A Mortgage dated October 1, 2008, recorded in the Public Records of Hillsborough County, Florida serves as collateral for the Note (the "Mortgage"). Thereafter, Debtor executed a Loan Modification Agreement on November 1, 2012. The Mortgage was assigned to BB&T by way of an Assignment of Mortgage and Revocation of Designation of Nominee Status dated September 17, 2013 and was recorded in the Public Records of Hillsborough County, Florida. A copy of the Note, Mortgage and Loan Modification Agreement and Assignment are attached are attached hereto

as **Composite Exhibit "A"**. The attached Mortgage and Assignment of Mortgage contain the stamp of the Clerk of Court evidencing that the valid lien of the creditor is properly recorded in the public records of the county in which the property is situated.

5. The property subject to the Mortgage is located at 2104 E Flora Street Tampa, Florida 33610 (hereinafter "Real Property"), and is legally described as follows:

> **LOT 6, BLOCK 3, SEMINOLE CREST SUBDIVISION, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 32, PAGE 1, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA**

6. BB&T seeks relief from the stay to pursue its *in rem* rights in the subject property, including the ability to commence or continue foreclosure proceedings through a sale of the subject Real Property in the appropriate Court. BB&T will not seek *in personam* relief directly from the Debtors; however, nothing herein shall waive the right of BB&T to file or amend a Proof of Claim in the bankruptcy proceedings for any resulting deficiency.

7. The Debtor have defaulted under the Note and Mortgage by failing to make timely payments on the Note, and currently owes for the April 1, 2014, payment, as well as all subsequent payments. This loan has been in default for a substantial period of time.

8. BB&T is owed the principal sum of $146,146.33 with interest, late charges, attorney's fees and costs pursuant to the terms of the Note attached hereto as Exhibit "A". BB&T is filing an Affidavit in support of the amounts due in this matter.

9. In his Schedules, the Debtor indicates that the value of the property is $30,000.00. BB&T is in the process of obtaining an appraisal of the property. BB&T further submits that the issue of equity is irrelevant under the circumstances of this case. Regardless, it is submitted that any such equity is most likely nominal at best.

10. BB&T respectfully requests this Court enter an order granting BB&T full relief from

the automatic stay to proceed with a foreclosure action on the Real Property in State Court. In support of granting full stay relief, BB&T states that the Real Property is not necessary for the Debtors' effective reorganization, and there is no equity in the property for the benefit of the Debtors' creditors.

11. BB&T has not been offered, nor has received any adequate protection from the Debtor since April 1, 2014.

12. BB&T will suffer irreparable damage and will be left with inadequate security for its debt if this court does not grant relief from the automatic stay with respect to its rights in the Real Property.

WHEREFORE, Secured Creditor, BRANCH BANKING & TRUST COMPANY respectfully requests this Honorable Court enter an Order granting BB&T full relief from the automatic stay to pursue its State Court foreclosure proceedings on the Real Property and for such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via electronic mail or U.S. mail to: Joseph O. Astroga, 39207 Park Drive, Zephyrhills, FL 33542; David W. Steen, Esq, 602 S Blvd, Tampa, FL 33606; J Steven Wilkes, Office of United States Trustee, 501 East Polk Street, Tampa, FL 33602; Office of US Trustee, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602 this 3rd day of August, 2015.

KELLEY & FULTON, P.L.
Attorney for BB&T
1665 Palm Beach Lakes Blvd.
Suite 1000
West Palm Beach, Florida 33401
Telephone No.: (561) 491-1200
Facsimile No.: (561) 684-3773

By: */s/ Craig I. Kelley*
Craig I. Kelley, Esquire
Fla. Bar No. 782203

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:15-bk-06908-CPM<br>Middle District of Florida<br>Tampa<br>Fri Jul 24 16:23:27 EDT 2015 | Joseph O Astorga<br>39207 Park Drive<br>Zephyrhills, FL 33542-4693 | Advanta Bank Corp.<br>PO Box 660676<br>Dallas, TX 75266-0676 |
| Amex<br>P O Box 297871<br>Ft. Lauderdale, FL 33329-7871 | B B & T<br>P O Box 2027<br>Greenville, SC 29602-2027 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Cap One<br>3800 Golf Road Suite 105<br>Rolling Meadows IL 60008-4028 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Cavalry Portfolio Services<br>500 Summit Lake Drive<br>Valhalla, NY 10595-2322 | Chase<br>P O Box 24696<br>Columbus, OH 43224-0696 | Chase<br>P. O. Box 15298<br>Wilmington, DE 19850-5298 |
| Cierra Cibbles<br>910 E Broad Street<br>Apt. B<br>Tampa, FL 33604-4328 | Department of Labor and Security<br>Hartman Building Suite 307<br>2012 Capital Circle Southeast<br>Tallahassee FL 32399 0648 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Florida Central Credit Union<br>P O Box 18605<br>Tampa, FL 33679-8605 | HSBC Bank<br>P O Box 5253<br>Carol Stream, IL 60197-5253 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jacki Williams<br>1908 E New Orleans Avenue<br>Tampa, FL 33610-5008 | Jackie Rosen<br>910 E Broad Street<br>Apt. A<br>Tampa, FL 33604-4328 |
| Janet Powell<br>2104 E Flora Street<br>Tampa, FL 33610-1044 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LKJ Enterprises, LLC<br>P O Box 205<br>San Antonio, FL 33576-0205 |
| Lowe's<br>P. O. Box 530914<br>Atlanta, GA 30353-0914 | Marshall C. Watson PA<br>PO Box 9908<br>Ft Lauderdale, FL 33310-0908 | Merchants Assoc Cool D<br>134 S Tampa Street<br>Tampa, FL 33602-5396 |
| Midland Funding, LLC<br>8875 AERO Dr<br>Suite 200<br>Oaks, PA 92123-2255 | Onewest Bank<br>6900 Beatrice Drive<br>Kalamazoo, MI 49009-9559 | Pinnacle Credit Service<br>7900 Highway 7 #100<br>St Louis Park, MN 55426-4045 |

| | | |
|---|---|---|
| Pinnacle Credit Service<br>P O Box 640<br>Hopkins, MN 55343-0640 | Portfolio Recovery Associate<br>P O Box 41067<br>Norfolk, VA 23541-1067 | Soaring Capital, LLC<br>150 Lake Street<br>Elmira, NY 14901-3401 |
| Tenant<br>1610 E Idlewild Avenue<br>Tampa, FL 33610-4341 | U. S. Attorney General<br>U.S. Dept. of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | U.S. Attorney General<br>Attn: Civil Process<br>400 N. Tampa Street, Ste 320<br>Tampa, FL 33602-4719 |
| Unvi/Citi<br>P O Box 6241<br>Sioux Falls, SD 57117-6241 | David W Steen +<br>David W Steen PA<br>602 S Boulevard<br>Tampa, FL 33606-2630 | United States Trustee - TPA +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| J Steven Wilkes +<br>Office of United States Trustee<br>501 East Polk Street<br>Tampa, FL 33602-3949 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB&T<br>PO Box 1847<br>Wilson, NC 27894 | Bank of America<br>P O Box 982235<br>El Paso, TX 79998 | Cap One<br>P O Box 85520<br>Richmond, VA 23285 |
| Department of Treasury<br>Internal Revenue Service<br>Philadelphia CIO<br>P. O. Box 21126<br>Philadelphia, PA 19114 | (d)Internal Revenue Service<br>400 W. Bay Street Ste 35045<br>Stop 5730 P&I 2<br>Jacksonville, FL 32202-4437 | Jefferson Capital Systems<br>P O Box 7999<br>St Cloud, MN 56302 |

End of Label Matrix
Mailable recipients    39
Bypassed recipients     0
Total                  39