

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/25/2015 09:30 AM

COURTROOM   8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:15-bk-06908-CPM | 11 | 07/01/2015 |

Chapter 11

**DEBTOR:**     Joseph Astorga

**DEBTOR ATTY:**   David Steen

**TRUSTEE:**     NA

**HEARING:**

1-Motion for Relief from Stay Re: Property located at 910 E Broad Street. Filed by Craig I Kelley on behalf of Creditor Branch Banking and Trust Company (Doc #34)
2-Motion for Relief from Stay   Re: real property located at 2104 E Flora Street Tampa, Florida 33610. Filed by Craig I Kelley on behalf of Creditor Branch Banking and Trust Company (Doc #36)
3-Motion for Relief from Stay   Re: real property located at 1908 E. New Orleans Avenue Tampa, Florida 33610. Filed by Craig I Kelley on behalf of Creditor Branch Banking and Trust Company (Doc #37)
4-Motion for Reconsideration and Rehearing on Order Granting Debtor's Emergency Motion to Use Cash Collateral (Doc. No. 26) Filed by David W Steen on behalf of Debtor Joseph O Astorga (related document(s) [26]). (Doc #33)
.

**APPEARANCES:**:
JOSEPH ASTORGA; DAVID STEEN; JAY PASSER; J. STEVEN WILKES...

**RULING:**
1-Motion for Relief from Stay Re: Property located at 910 E Broad Street. Filed by Craig I Kelley on behalf of Creditor Branch Banking and Trust Company (Doc #34).. DENIED; AGREED TO VALUE OF $63,000; ADEQUATE PROTECTION AS ANNOUNCED ON RECORD; ...ORDER BY PASSER...

2-Motion for Relief from Stay   Re: real property located at 2104 E Flora Street Tampa, Florida 33610. Filed by Craig I Kelley on behalf of Creditor Branch Banking and Trust Company (Doc #36).. DENIED; AGREED TO VALUE OF $60,000 AND ADEQUATE PROTECTION AS ANNOUNCED ON THE RECORD...ORDER BY PASSER...

3-Motion for Relief from Stay   Re: real property located at 1908 E. New Orleans Avenue Tampa, Florida 33610. Filed by Craig I Kelley on behalf of Creditor Branch Banking and Trust Company (Doc #37).. DENIED; AGREED TO VALUE OF $48,000 AND ADEQUATE PROTECTION AS ANNOUNCED ON THE RECORD...ORDER BY PASSER...


4-Motion for Reconsideration and Rehearing on Order Granting Debtor's Emergency Motion to Use Cash Collateral (Doc. No. 26) Filed by David W Steen on behalf of Debtor Joseph O Astorga (related document(s) [26]). (Doc #33).. AGREED ORDER TO BE SUBMITTED...ORDER BY STEEN...

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.